UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division

| | |
|---|---|
| FIDENA DIEUJUSTE<br><br>                    Plaintiff(s),<br><br>   -v.-<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC<br><br>                    Defendant. | **Civil Action No:**<br><br>**COMPLAINT** |

Plaintiff Fidena Dieujuste ("Plaintiff" or "Dieujuste") by and through her attorneys, RC Law Group, PLLC, as and for its Complaint against Defendant Healthcare Revenue Recovery Group, LLC ("Defendant" or "HRRG") respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

1. Plaintiff brings this action for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of section 1692 et. seq. of Title 15 of the United States Code, commonly referred to as the Fair Debt Collections Practices Act ("FDCPA").

## PARTIES

2. Plaintiff is a resident of the State of Florida, County of Palm Beach, residing at 6480 N. Dixie Highway, Boca Raton, FL 33487.

3. Defendant is a debt collector with a mailing address of 1643 North Harrison Parkway, Building H, Suite 100, Sunrise, FL 33323.

4. Defendant is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692(a)(6) and used in the FDCPA.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C. § 1692 et. seq. and 28 U.S.C. § 2201. If applicable, the Court also has pendant jurisdiction over the State law claims in this action pursuant to 28 U.S.C. § 1367(a).

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully state herein with the same force and effect as if the same were set forth at length herein.

8. On information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

9. This debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

10. On or around September 22, 2016, Defendant sent Plaintiff a collection letter.

11. The first paragraph of the letter advises Plaintiff that if she doesn't pay the Alleged Debt, Defendant is "evaluating this account for potential sale to a debt buyer; for placement with another collection agency; or for transfer to ARS Account Resolution Services (ARS), a division of HRRG.

12. The letter goes on to state in the second paragraph, "HRRG has not reported this account to any credit bureau. However, you should be aware that if the account is sold or transferred, either the new agency; the new owner; or ARS may choose to report this account as a delinquent debt to the major credit bureaus."

13. The letter is deceptive and false because it states on one hand that HRRG has not reported the account to a credit bureau but, in the next sentence states that ARS, a division HRRG, may report the account to the credit bureaus as delinquent.

14. This language is confusing and misleading to the least sophisticated consumer who would be not be able to ascertain whether Defendant was, in fact, going to report her account to the credit bureaus.

15. This deceptive language would induce the consumer to believe that they must make payment immediately in order to avoid placement with the credit bureaus when, in fact, placement was only a mere possibility.

16. As a result of Defendant's deceptive, misleading and unfair debt collection practices, Plaintiff has been damaged.

**FIRST CAUSE OF ACTION**
**(Violations of the FDCPA)**

17. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

18. Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to to 15 U.S.C. §§1692e, 1692e(5), 1692e(10), and 1692f .

19. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Fidena Dieujuste demands judgment from the Defendant Healthcare Revenue Recovery Group, LLC, as follows:

a) For actual damages provided and pursuant to 15 U.S.C. § 1692k(a)1);

b) For statutory damages provided and pursuant to 15 U.S.C. § 1692k(2)(A);

c) For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

d) A declaration that the Defendant's practices violated the FDCPA; and

e) For any such other and further relief, as well as further costs, expenses and disbursements of this action as this Court may deem just and proper.

Dated: Hackensack, New Jersey
January 18, 2017

/s/ Michael Jay Ringelheim
**RC Law Group, PLLC**
By: Michael Jay Ringelheim, Esq.
Florida Bar No.: 93291
285 Passaic Street
Hackensack, NJ 07601
Phone: 201.282.6500 Ext. 254
Fax: 201.282.6501
mjringelheim@rclawgroup.com